```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 07 B 03659
   PAUL LAWRENCE
   GWENDOLYN LAWRENCE                              CHAPTER 13

                                                   JUDGE: A. BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-6721     SSN XXX-XX-4447


-------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/02/07 and confirmed on 06/08/07.

     2.  The case was dismissed after confirmation, 11/16/2007.

     3.  The Debtor paid a total of $   4819.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | 52318.11 | .00 | 4379.71 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY INVESTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2578.46 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2213.78 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 12378.17 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6998.74 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1225.98 | .00 | .00 |
| H & R ACCOUNTS | UNSECURED | 30.06 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 360.99 | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| INNOV COLL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS BANKRUPTCY SER | UNSECURED | 813.75 | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1239.46 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1495.16 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 825.00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2102.89 | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OKLAHOMA GUAR STUDENT LO | UNSECURED | 20359.83 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1943.36 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 922.56 | .00 | .00 |

```
             Summary of disbursements:
-------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED       52318.11            .00        55488.19            .00       107806.30
PRINCIPAL PAID            4379.71            .00             .00            .00         4379.71
INTEREST PAID                 .00            .00             .00            .00              .00
TOTAL PAID                4379.71            .00             .00            .00         4379.71
```
The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   2500.00
and was paid $   2186.00   direct and $    314.00   through the plan.

The Trustee received $     125.29 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/11/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 03659 PAUL LAWRENCE & GWENDOLYN LAWRENCE